IN THE UNITED STATES BANKRUPTCY COURT
For the EASTERN DISTRICT of MISSOURI
ST. LOUIS DIVISION

| | | |
|---|---|---|
| In re:<br>Michael A. Yates<br><br>Debtor(s) | )<br>)<br>)<br>)<br>) | Chapter:        7<br>Case Number:    13-42668-CER<br>Assigned to the Honorable:<br>Charles E. Rendlen, III<br><br>REQUEST FOR SPECIAL NOTICE<br>[NO Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

CAPITAL ONE, N.A.
Merchant Name: BEST BUY CO., INC.

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that CAPITAL ONE, N.A. be given and served with all notices given or required to be given in the case as follows:

CAPITAL ONE, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 04/10/13
Account Number: ************0757

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
    Attorneys for Creditor
    CAPITAL ONE, N.A.
    3936 E Ft Lowell Rd Suite 200
    Tucson, AZ  85712-1083
    (520) 577-1544
    ecf@bass-associates.com